

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM HENDERSON CLIFTON,<br>　　　　Appellant | CIVIL ACTION<br>1:10-cv-00417 |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　　Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### **J U D G M E N T**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is VACATED and that Clifton's case be REMANDED to the Commissioner for further proceedings, including an additional psychological examination for adaptive functioning.

THUS ORDERED AND SIGNED in Chambers at  ALEXANDRIA , Louisiana, on this  1st  day of  MARCH , 2011.

　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE