RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7 / 22 / 11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM CLIFTON | CIVIL ACTION NO. 10-0417 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| MICHAEL ASTRUE, Commissioner | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

Considering the foregoing Motion for Attorney's fees pursuant to the Equal Access to Justice Act, and concurring with the Magistrate Judge's Recommendation, there having been no objections to it filed,

IT IS ORDERED that plaintiff be awarded attorney's fees in the amount of $4470.00 be awarded and ordered paid to him through his attorney, Peter J. Lemoine..

Thus done and signed on the 21st day of July, 2011.

Hon. Dee D. Drell
U. S. District Judge